Case 1:26-mj-00022-MAU     Document 1-

Case: 1:26-mj-00022
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 2/3/2026
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On Friday, January 30, 2026, at approximately 1340 hours, members of the Metropolitan Police Department (MPD), received a call to 1255 Mt Olivet Rd NE, Washington, D.C. in reference to a man with a gun.

On scene, officers made contact with W-1 in front of the apartment building entry. W-1 stated that she was speaking with her friend, W-2, on the phone who said her neighbor, later identified as Willie ENGRAM, assaulted V-1 at approximately 1312 hours by threatening him with a gun and then striking him with the frame of the gun to the right side of his neck.

V-1 did not show any signs of visible injury and did not require or request medical attention. Detective Kiel interviewed V-1, who recounted that he was delivering groceries to W-1. Earlier in the day, V-1 had dropped off a prescription and picked up W-1's grocery list. V-1 recounted that ENGRAM had told V-1 that V-1 was not supposed to be there. According to V-1, when he returned with the groceries, V-1 felt that he was hit in the back of the head and turned and saw ENGRAM standing there. V-1 recounted that ENGRAM chased him out of the building waving something brown in color and long like a gun, while shouting about shooting V-1.

W-2 opened the door to her apartment to see what the problem was and saw ENGRAM with a gun in his hand. W-2 closed her apartment door out of fear and V-1 left the scene. The whereabouts of ENGRAM after this moment and before police arrival was unknown. W-1 provided a lookout description of ENGRAM as a black male wearing a black kufi, which is a type of hat and a multi-colored shirt. At that time, a male matching that description opened the door to the apartment building and walked out. W-2 positively identified ENGRAM as she was looking out through her window and relayed the message to W-1. ENGRAM was stopped and a protective pat down search was conducted by officers on scene. At that time, no firearms or weapons were located from the search. ENGRAM was arrested on scene, and his identity was confirmed.



*Defendant Wearing Black Hat*



*Defendant Wearing Burgundy Pants*

That same day, MPD members then sought and executed a search warrant for ENGRAM's apartment and located a sawed-off shotgun with a cartridge chambered in the bedroom of the apartment. At the time of the firearm recovery, it appeared to be fully functional and designed to expel a projectile by means of an explosive action. The firearm was a H&R 20-Gauge Shotgun and the cartridge recovered bore the headstamp "20 GA Made in USA."



*Shotgun on the Bedroom Floor*



*Shotgun and Cartridge*



*Cartridge*

A criminal history check showed that ENGRAM was previously convicted in D.C. Superior Court Case number 1973 FEL 073988 of: Assault with Intent to Rape While Armed, Assault with intent to Kill While Armed, Armed Robbery, Rape While Armed, Kidnapping, and Carrying a Pistol without A License and sentenced to a total term of 63 years and 13 days of incarceration Accordingly, ENGRAM would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Willie ENGRAM with violation of 18 U.S.C. 922(g)(1) **(Unlawful Possession of Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**.

_____
Detective Charles Kiel
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on February 3, 2026.

_____
Honorable Moxila A. Upadhyaya
United States Magistrate Judge